**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SALEM ALSHDAIFAT,

    Movant,

v.                                                                   Case No. 11-51067

UNITED STATES OF AMERICA,

    Respondent.
                                                     /

**ORDER DIRECTING THE GOVERNMENT TO FILE A RESPONSE TO MOVANT'S
"MOTION FOR RETURN OF SEIZED PROPERTY"**

The United States District Court for the Eastern District of New York has transferred a letter from an attorney, who is representing a criminal defendant in a matter before that court, to this court.  The letter seeks, under Federal Rule of Criminal Procedure 16(a)(1)(E)(iii), the inspection of certain ancient coins and other items that were seized from the defendant's home on July 13, 2011, pursuant to a search warrant.  Judge Edward R. Korman directed the clerk of the court to treat the letter as a motion pursuant to Rule 41(g).  While this court, in general, does not treat a letter from counsel or a party as a motion, consistent with Judge Korman's order, the court will construe the letter as such.  The court will require a response from the Government before ruling on the motion.  Accordingly,

IT IS ORDERED that the Government is DIRECTED to file a response to Movant's "Motion for Return of Seized Property"[1] [Dkt. # 1] by **September 1, 2011**. A hearing on the motion is set for **September 7, 2011 at 2:00 p.m.**

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: August 25, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 25, 2011, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

---

[1] Although Judge Korman construed the motion as a motion under Rule 41(g), and the docket refers to the motion as one for "return" of the property, the letter appears to seek only the inspection and proper storage of the property.

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-51067.ALSHDAIFAT.DirectResponse.jmp.wpd