UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SALEM ALSHDAIFAT,

*Plaintiff,*

No. 11-51067

-v-

**ORDER**

UNITED STATES OF AMERICA,

*Respondent.*

-----------------------------------------------------------

Upon stipulation by the parties, Henry E. Mazurek, Esq., counsel for Plaintiff SALEM ALSHDAIFAT, and Assistant United States Attorney Karin Orenstein, counsel for Respondent United States of America:

**IT IS HEREBY ORDERED** that based upon the parties' agreement to have the property, which was the subject of Plaintiff's motion, returned to Plaintiff:

The pending Plaintiff's "Motion for Return of Seized Property," originally filed in the United States District Court for the Eastern District of New York, and transferred by Judge Edward R. Korman to this District by Order dated August 18, 2011,

**IS DISMISSED AS MOOT.**

Dated: September 6, 2011  s/Robert H. Cleland
       Detroit, Michigan   Hon. Robert H. Cleland
                            United States District Judge

**CONSENTED TO:**

    /s/ Henry E. Mazurek
Henry E. Mazurek
Clayman & Rosenberg LLP
305 Madison Avenue, Suite 1301
New York, New York 10165
*Attorney for Plaintiff Salem Alshdaifat*


    /s/Karin Orenstein
Karin Orenstein
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
*Attorney for Respondent United States*